IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| Elston Nationwide | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 4:17-cv-792-A |
| | § | |
| Call US Logistics Inc, | § | |
| | § | |
| Defendant. | § | |

**U.S. DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**FILED**
**OCT 1 6 2017**
CLERK, U.S. DISTRICT COURT
By_____
Deputy

## ORDER UNFILING DOCUMENT(S)

The court has determined the following defect(s) in the form of the document(s) filed 10/13/17, by Plaintiff, titled Certificate of Service (doc.7):

**This case is not designated for electronic filing. All documents should be filed in traditional paper form, bearing the original signature of the filer. Also see the standing order docketed in this action on _____October 2_____, 201_7_.**

Because of such defect(s), the court has determined that the document(s) indicated above should be unfiled from the record of this action. Therefore, the court ORDERS that such document(s) be, and is hereby, unfiled, and the Clerk is directed to note on the docket the unfiling of such document(s).

SIGNED __10/16__, 201_7_.

JOHN McBRYDE
UNITED STATES DISTRICT JUDGE

Case 4:17-cv-00792-A Document 8 Filed 10/16/17 Page 2 of 2 PageID 28
Case 4:17-cv-00792-A Document 7 Filed 10/13/17 Page 1 of 1 PageID 26
Case 4:17-cv-00792-A Document 6 Filed 10/06/17 Page 2 of 2 PageID 25

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* CALL US LOGISTICS, INC.
was received by me on *(date)* 10/9/17 .

☒ I personally served the summons on the individual at *(place)* 905 FIRST STREET, NEWPORT, MN 55055 on *(date)* 10/10/17 2:38 P.M. ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* JOHN JOHNSON , who is designated by law to accept service of process on behalf of *(name of organization)* CALL US LOGISTICS, INC. on *(date)* 10/10/17 2:38 P.M. ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10/10/17

*Server's signature*

CHRIS F. MARTIN
*Printed name and title*

8014 HIGHWAY 55, 504, MINNEAPOLIS, MN. 55427
*Server's address*

Additional information regarding attempted service, etc:

7