IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| ELSTON NATIONWIDE, | § | |
| Plaintiff, | § § § | |
| VS. | § | CIVIL ACTION NO. 4:17-CV-00792-A |
| CALL US LOGISTICS, INC., Defendant. | § § § | |

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
NOV 27 2017
CLERK, U.S. DISTRICT COURT
By_____
Deputy

### CLERK'S ENTRY OF DEFAULT

Colleen McCoy, attorney for Elston Nationwide, Plaintiff in the above-styled cause ("Plaintiff"), has requested that the Clerk enter default against Call US Logistics, Inc. ("Defendant") pursuant to Fed. R. Civ. P. 55 (b)(1). Having received the record and the Affidavit of Colleen McCoy, it is apparent that Defendant has failed to file an answer, motion under Fed. R. Civ. P. 12(b) or 56, or otherwise defend this cause. Accordingly, Defendant's default is hereby entered according to Fed. R. Civ. P. 55(a).

KAREN MITCHELL, CLERK OF THE UNITED
STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF TEXAS

By: /s/ Heather Arnold
Deputy Clerk

*After entry please return*
*A conformed copy to:*

Colleen McCoy
Sargent Law, P.C.
1717 Main Street, Ste. 4750
Dallas, Texas 75201
Fax: (214) 749-6708

AFFIDAVIT OF COLLEEN MCCOY
#1992168

Page 1 of 1