IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| ELSTON NATIONWIDE,<br><br>    Plaintiff,<br><br>VS.<br><br>CALL US LOGISTICS, INC.,<br>    Defendant. | §<br>§<br>§<br>§<br>§   CIVIL ACTION NO. 4:17-CV-00792 – A<br>§<br>§<br>§ |

## APPENDIX TO PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT AND BRIEF IN SUPPORT

Respectfully submitted,

By: _____
**COLLEEN MCCOY**
State Bar No. 24027492
colleen.mccoy@sargentlawtx.com

**SARGENT LAW, P.C.**
1717 Main Street, Suite 4750
Dallas, Texas 75201
Telephone: 214.749.6000
Facsimile: 214.749.6100

**ATTORNEY FOR PLAINTIFF
ELSTON NATIONWIDE**

## APPENDIX

|  | APP. PAGES | DOCUMENT |
|---|---|---|
| A | Pages 1-3 | Affidavit of Colleen McCoy |
| A-1 | Pages 4-9 | Original Complaint |
| A-2 | Page 10 | Declaration of Service |
| A-3 | Page 11 | Clerk's Entry of Default |
| A-4 | Page 12-13 | Loss and Damage of Claim |
| A-5 | Page 14 | Bill of Lading with notice of rejection of cargo |
| A-6 | Page 15 | Electronic communication from Defendant driver informing refrigeration unit on trailer malfunctioned and that cargo had been rejected |